IT IS FURTHER STIPULATED AND AGREED that the foreign market value on date of exportation was no higher for such or similar merchandise.

IT IS FURTHER STIPULATED AND AGREED that this case may be submitted for decision on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was $25 per 100 kilos, net packed.

Judgment will be entered accordingly.

(Reap. Dec. 8445)

R. W. SMITH v. UNITED STATES

Entry No. 2411–H.

(Decided June 3, 1955)

*Sharretts, Paley & Carter* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted on an agreed set of facts, establishing export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the steel line pipe covered by the shipment in question and showing that such statutory value for the said merchandise is $170 per metric ton net packed.

Judgment will be rendered accordingly.